LILLIAN BRAUN, an Infant, by MAX BRAUN, Her Guardian ad Litem, and MAX BRAUN, Respondents, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK,

Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.